USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/2/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HENRY TUCKER,                                               :
                                                            :
                                    Plaintiff,              :         18 Civ. 11673 (LGS)
                                                            :
                    -against-                               :              ORDER
                                                            :
ADELSON GALLERIES, INC.,                                   :
                                                            :
                                    Defendant.              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and without

prejudice to restoring the action to the Court's calendar, provided the application to restore the

action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty

(30) days from the date of this Order may be denied solely on that basis.

        If the Parties seek the Court to So Order their settlement agreement and consent order,

they shall file these materials by April 9, 2019.

        Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  April 2, 2019
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**